ORDERED.

**Dated: May 29, 2015**

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

TROY B CAMPBELL ,    Case No. 6:14-bk-12165-CCJ

   Debtor.    Chapter 13

_____/

**ORDER GRANTING CALVARY SPV I, LLC'S MOTION FOR RELIEF FROM STAY**

     This case came on for consideration on the Motion for Relief from Stay filed by CALVARY SPV I, LLC - ASSIGNEE OF CAPITAL ONE, N.A. (hereinafter "CALVARY SPV I, LLC ") ["Docket No. 22]. Upon the Motion for Relief from Stay filed by CALVARY SPV I, LLC, and the consent of the Debtor to the surrender of the property per Debtor's Amended Plan [Docket No. 11], it is

     ORDERED:

     1.    The Motion [Docket No. 22] is granted.

     2.    The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to CALVARY SPV I, LLC's interest in the following property:

**2007 KAWASAKI NINJA ZX600P7F, VIN:  JKAZX4P127A017308.**

   3. The Order Granting Relief from Stay  is entered for the sole purpose of allowing CALVARY SPV I, LLC  complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that  CALVARY SPV I, LLC shall not obtain *in personam* relief against the Debtor.

   4. CALVARY SPV I, LLC's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is hereby denied.

   5. Bankruptcy fees and costs in the amount of $400.00 are awarded for the prosecution of this Motion for Relief from Stay.


Attorney Alison Verges Walters is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.